IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:20cr54 |
| LUIS GARZA, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | | Backup dates |
|---|---|---|
| Date of Scheduling Conference | 6/25/2020 | 6/25/2020 |
| Jury Trial Date | 8/10/2020 | 8/31/2020 |
| Final Pretrial Conference (by telephone) | Monday, 8/3/2020 at 5:00 pm | |
| | Monday, 8/24/2020 at 5:00 pm | |
| Motion Filing Deadline | | |
|    Oral and Evidentiary Motions | 7/20/2020 | 8/10/2020 |
|    Other Motions | 7/27/2020 | 8/17/2020 |
| Discovery Cut-off | 7/27/2020 | 8/17/2020 |
| Speedy Trial Deadline | 8/14/2020 | 9/1/2020 |
| Discovery out – Plaintiff to Defendant | done | |

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE